UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:15-CV-00038-BR

| | | |
|---|---|---|
| IAN S. GOTTLIEB, as Biological Father and Next Friend of GG and JG, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| ERIC SCHNEIDERMAN, AG of NY STATE, et al., | ) ) ) | |
| Defendants. | ) | |

State Defendants moved the Court for an extension of time to respond to Plaintiff's Petition for a Writ of Habeas Corpus and Petition for Declaratory Judgment Pursuant to 28 U.S.C. §§ 2201, 2202. For good cause shown, the motion is GRANTED and State Defendants shall have through and including August 28, 2015 to respond.

SO ORDERED, this __6th__ day of August, 2015.

_____
Clerk of Court