United States District Court
for the
Eastern District of North Carolina

| | |
|---|---|
| Ian S. Gottlieb, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 7:15-cv-00038-BR |
| Eric T. Schneiderman, Ellen F. Gesmer, and Erica F. Gottlieb, | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

NOW COMES Virginia R. Hager and enters her appearance as counsel for Defendant Erica F. Gottlieb herein.

This the 13th day of August, 2015.

*Virginia R. Hager*
Virginia R. Hager
HAGER LAW OFFICE, P.C.
3804 Peachtree Ave., Ste. 110
Wilmington, NC 28403
TEL: (910) 796-2044
FAX: (910) 796-2041
virginia@hagerlawoffice.com
State Bar No.: 17300
Attorney for Defendant Erica F. Gottlieb

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day mailed a copy of the foregoing Notice of Appearance to the pro se Plaintiff by regular U.S. Mail, postage prepaid, addressed as follows:

    Ian S. Gottlieb
    796 Washington Acres Rd.
    Hampstead, NC 28443

This the 13th day of August, 2015.

*Virginia R. Hager*
VIRGINIA R. HAGER
Attorney for Defendant Erica F. Gottlieb