UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:15-CV-0038-BR

| | |
|---|---|
| IAN S. GOTTLIEB as Biological Father and Next Friend of GG and JG,<br>Petitioner,<br>vs.<br><br>ERIC SCHNEIDERMAN, AG OF NEW YORK STATE,<br><br>HON. ELLEN GESMER, SUPREME COURT OF NEW YORK COUNTY JUSTICE<br><br>ERICA F. GOTTLIEB,<br>Respondent (s) | AFFIDAVIT IN SUPPORT<br>OF MOTION FOR<br>ENTRY OF DEFAULT |

I, IAN S. GOTTLIEB, being duly sworn, state as follows:

1. I am the pro se petitioner in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The petitions for a Writ of Habeas Corpus and Declaratory Judgement were filed on June 17, 2015.

3. Respondent Erica F. Gottlieb was served with a copy of the petitions on July 14, 2015 as reflected on the docket sheet by the proof of service filed on July 30, 2015.

4. An answer to the complaint was due on August 5, 2015

5. Respondent Erica F. Gottlieb has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Petitioner requests that the clerk of court enter default against the

respondent Erica F. Gottlieb.

Ian S. Gottlieb
Pro se Petitioner
796 Washington Acres Road
Hampstead, NC 28443
910-381-4826
Iangottlieb1965@gmail.com

Sworn to and subscribed before
me this 14 day of August, 2015.

_____
Notary Public

My Commission Expires: My Commission Expires September 21, 2019