IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 7:15-CV-00038-BR

IAN S. GOTTLIEB, ET AL.,　　　　　　　　)
Plaintiff(s),　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
vs　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
ERIC T. SCHNEIDERMAN, ET AL.,　　　　)
Defendant(s).　　　　　　　　　　　　　　　)

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

HON. ELLEN GESMER     who is  DEFENDANT     ,
(name of party)                (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

　　　YES ○　　　　　　NO ●

2. Does party have any parent corporations?

　　　YES ○　　　　　　NO ●

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

　　　YES ○　　　　　　NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

  YES ◯   NO ⦿

If yes, identify entity and nature of interest:

5. Is party a trade association?

  YES ◯   NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

N/A

Signature: *[signature]*

Date: AUGUST 17, 2015

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on August 17, 2015, I electronically filed the foregoing DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION on behalf the Honorable Ellen Gesmer, a Justice of the New York State Supreme Court, New York County, with the Clerk of Court using the CM/ECF system and served a copy on the Pro Se parties by depositing a copy in the US Mail addressed as follows:

>Ian Samuel Gottlieb
>796 Washington Acres Road
>Hampstead, NC 28443
>*Pro se*

>ERIC T. SCHNEIDERMAN
>Attorney General of the State of New York
>
>By: /s/ Michelle R. Lambert
>    Michelle R. Lambert
>    Assistant Attorney General
>    120 Broadway, 24th Floor
>    New York, NY 10271
>    212-416-6023
>    Fax: 212-416-6009
>    Michelle.lambert@ag.ny.gov
>    *Attorney for State Defendants*