UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IAN S. GOTTLIEB, as biological father and next friend of GG and JG, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| ERIC SCHNEIDERMAN, AG of NY State, HON. ELLEN GESMER, Supreme Court of New York County Justice, ERICA F. GOTTLIEB, | ) ) ) ) ) | 7:15-CV-38-BR |
| Defendants. | ) ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motions to dismiss, (DE ## 23, 28), are GRANTED.

Judgment is entered in favor of defendants and this case is closed.

<u>This judgment filed and entered on February 3, 2016, and served on:</u>

Michelle R. Lambert (via CM/ECF Notice of Electronic Filing)
Virginia R. Hager (via CM/ECF Notice of Electronic Filing)
Ian S. Gottlieb (via US Mail at 796 Washington Acres Rd., Hampstead, NC 28443 )

February 3, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk